\N NO. 1134001936

# AFFIDAVIT OF LOST NOTE

Lisa Joseph, being duly sworn, do hereby state under oath that:

I, as a representative of the Lender, am authorized to make this Affidavit on its behalf.

The Lender is the owner of the following described mortgage note (the "Note"):

| | |
|---|---|
| Date: | 10/2/88 |
| Loan Number: | 1134001936 |
| Borrower(s): | ZELLA GREEN |
| Original Payee: | |
| Original Amount: | 40,250.00 |
| Rate of Interest, Initial Rate if ARM: | 10.0% |
| Address of Mortgaged Property: | 1787 THOMAS TERR, DECATUR, GA 30032 |

The Lender is the lawful owner of the Note, and the Lender has not canceled, altered, assigned, or hypothecated the Note.

The Note was not located after a thorough and diligent search which consisted of the following actions:

Attached hereto is a true and correct copy of the Mortgage which secures the Note, which Mortgage is recorded at:

This Affidavit is intended to be relied on by Wells Fargo Home Mortgage, Inc., its successors and assigns.

EXECUTED this 11th day of October, 2004.
ON BEHALF OF THE LENDER BY:

_____
Lisa Joseph

STATE OF SOUTH CAROLINA
COUNTY OF YORK

On this 11th day of October, 2004, before me appeared Lisa Joseph, to me personally known, who being duly sworn did say that she is a representative of Lender, and that said Affidavit of Lost Note was signed and sealed on behalf of said Wells Fargo Home Mortgage Inc. and said Lisa Joseph, acknowledged this instrument to be the free act and deed of said Wells Fargo Home Mortgage Inc..

_____
NOTARY PUBLIC
In and for the State of South Carolina

My Commission Expires: 1/15/2013

OFFICIAL SEAL
Notary Public
State of South Carolina
NIKKI V. CURETON
My Commission Expires Jan. 15, 2013

\\NT1\BANKRUPTCY\DOCS\LOSTNOTEAFF.DOC